STATE OF NEW JERSEY v. EDWARD BARRY.

March 11, 1980.

Petition for certification granted. (See 171 *N.J.Super.* 543)

STATE OF NEW JERSEY v. GARY McDEDE.

March 11, 1980.

Petition for certification denied.

GEORGE J. ISAACS v. MIKOLA, FIERSTEIN & ISAACS.

March 11, 1980.

Petition for certification denied.